IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Canon<br>Inkjet Printer Litigation | Case No.: 2:14-cv-03235-LDW-SIL<br><br>**CLASS ACTION** |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Sarah Barrett, Marcus Ho and Melanie Clark (Plaintiffs), on behalf of themselves and the proposed Class, move for an order preliminarily approving the settlement with Defendant Canon U.S.A., Inc. The reasons in support of this Motion are fully set forth in the accompanying Plaintiffs' Memorandum of Law in Support of Their Unopposed Motion for Preliminary Approval of the Class Action Settlement.

A proposed Premininary Approval Order accompanies this Motion.

Dated: June 15, 2015        Respectfully submitted,

By: /s/ William B. Federman
William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK  73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: WBF@federmanlaw.com

1

>Benjamin F. Johns
>Joseph B. Kenney
>CHIMICLES & TIKELLIS LLP
>One Haverford Centre
>361 West Lancaster Avenue
>Haverford, PA 19041
>Telephone: (610) 642-8500
>Facsimile: (610) 649-3633
>Email: BFJ@chimicles.com
>          JBK@chimicles.com
>
>*Interim Co-Lead Counsel for Plaintiffs*
>
>Robert Ira Harwood
>HARWOOD FEFFER LLP
>488 Madison Avenue
>New York, NY 10022
>(212) 935-7400
>Fax: 212-753-3630
>Email: rharwood@hfesq.com
>
>*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I, William Federman, certify that I caused the foregoing to be electronically filed in this case on June 15, 2015 using the Court's CM/ECF System, thereby serving it upon all counsel of record in this case.

>/s/ William B. Federman
>William B. Federman

2