UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CANON INKJET PRINTER LITIGATION | CASE NO.: 2:14-CV-03235 (LDW)(SIL) |

## UNOPPOSED MOTION FOR AN AWARD OF ATTORNEY'S FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND PLAINTIFFS SERVICE AWARDS

Co-Lead Counsel for Plaintiffs, Federman & Sherwood and Chimicles & Tikellis LLP (hereinafter, collectively, "Plaintiffs' Counsel"), respectfully move this Court for an Order awarding: (1) attorneys' fees and expenses to Plaintiffs' Counsel in the aggregate amount of $370,000.00; (2) an Incentive Awards of $250.00 be paid to each of the class representative Plaintiffs (namely, Sarah Barrett, Marcus Ho, and Melanie Clark); and (3) such other and further relief as this Court finds just and fair.  This Motion is based upon the Parties' Settlement Agreement; Plaintiffs' Memorandum of Law Supporting Unopposed Motion for an Award of Attorney's Fees, Reimbursement of Litigation Expenses, and Plaintiffs' Service Award ("Plaintiffs' Memorandum") filed herein on November 10, 2015 (Dkt. # 39); and the files, records, and proceedings in this action, including the Declarations of William B. Federman, Benjamin Johns, and Peter Overs (Dkts. # 39-1, 39-2, and 39-3) submitted contemporaneously with Plaintiffs' Memorandum.

1

DATED:  November 12, 2015　　　　　　　Respectfully Submitted,

**FEDERMAN & SHERWOOD**

_____
William B. Federman
10205 N. Pennsylvania Avenue
Oklahoma City, OK  73120
Telephone:  (405) 235-1560
Facsimile:  (405) 239-2112
wbf@federmanlaw.com
　　　　　- and -
2626 Maple Avenue, Suite 200
Dallas, TX  75201

**CHIMICLES & TIKELLIS LLP**
Benjamin F. Johns
Joseph B. Kenney
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone:  (610) 642-8500
Facsimile: (610) 649-3633
bfj@chimicles.com
jbk@chimicles.com

Co-Lead *Counsel for Plaintiffs*

　　　Peter Overs
　　　Harwood Feffer LLP
　　　488 Madison Avenue
　　　8th Floor, Suite 801
　　　New York, NY 10022
　　　(212) 935-7400
　　　Fax: (212)753-3630
　　　Email: povers@hfesq.com


*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I, William Federman, certify that I caused the foregoing to be electronically filed in this case on November 12, 2015 using the Court's CM/ECF System, thereby serving it upon all counsel of record in this case.

/s/ William B. Federman
William B. Federman