UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Canon<br>Inkjet Printer Litigation | Case No.: 2:14-cv-03235-LDW-SIL<br><br>**CLASS ACTION** |

PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
THE CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Sarah Barrett, Marcus Ho and Melanie Clark ("Plaintiffs"), on behalf of themselves and the proposed Class, move for a final order approving the settlement with Defendant Canon U.S.A., Inc. The reasons in support of this Motion are fully set forth in the accompanying Plaintiffs' Memorandum of Law in Support of Their Unopposed Motion for Final Approval of the Class Action Settlement.

Dated: April 11, 2016                                       Respectfully submitted,

By: /s/ William B. Federman
William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK  73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: WBF@federmanlaw.com

Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
Email: BFJ@chimicles.com

*Interim Co-Lead Counsel for Plaintiffs*

H0053335.4

        Robert Ira Harwood
        HARWOOD FEFFER LLP
        488 Madison Avenue
        New York, NY 10022
        (212) 935-7400
        Fax: 212-753-3630
        Email: rharwood@hfesq.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I, William Federman, certify that I caused the foregoing to be electronically filed in this case on April 11, 2016 using the Court's CM/ECF System, thereby serving it upon all counsel of record in this case.

        /s/ William B. Federman
        William B. Federman

H0053335.4